**Miles Feinstein, Esq.**
**Attorney at Law**
1135 Clifton Ave.
Clifton, New Jersey 07013
(973) 779-1124

RECEIVED·CLERK
U.S. DISTRICT COURT

2009 NOV 30  P 4: 03

*Attorney for Defendant  - Tommaso Calautti*

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY** |
| Plaintiff, | |
| vs. | Docket No.: 09-CR-251 |
| **TOMMASO CALAUTTI,** | **CONSENT ORDER** |
| Defendant. | |

---

**THIS MATTER** having come before the Court on application of the defendant, Tommaso Calautti, Miles Feinstein appearing for the defendant, and the Government having consented to the defendant's application;

**IT IS** on **THIS** ____2____ day of November, 2009,   **ORDERED** that the defendant does not have to surrender at FCI, Loretto (Pennsylvania) on December 4, 2009 and the Bureau of Prison's is to re-schedule defendant Calautti's voluntary surrender to the designated institution on January 15, 2010.

**Honorable Stanley R. Chesler,**
**Judge of the United States**
**District Court**

I hereby consent to
the form and substance of
this Order:

_____
Miles Feinstein, Esq.,
For Defendant, Tommaso Calautti

_____
Dustin Chao, Esq.,
Assistant United States Attorney