PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Tommaso Calautti          Cr.: 2:09CR00251-001
                                                                                                                   PACTS #: 54018

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler,
                                                             Senior United States District Court Judge

Date of Original Sentence: October 30, 2009

Original Offense: Extortion Under Color of Official Right - Interference with Commerce by Threat or
                                Violence and Attempted Obstruction of Commerce by Extortion

Original Sentence: 12 months and 1 day imprisonment and three years supervised release.

Type of Supervision: Supervised Release.         Date Supervision Commenced: November 26, 2010.

## STATUS REPORT

U.S. Probation Officer Action:

On October 30, 2009, the offender was sentenced by Your Honor to twelve months and one day imprisonment and three years supervised release. The following special conditions were imposed: substance abuse testing, financial disclosure, employment restrictions, no new debt/credit, DNA testing, and mental health treatment. He was also ordered to pay a $100 special assessment and $21,000.00 restitution.

Mr. Calautti currently resides in New Milford, NJ. He is currently employed by National Structures, Inc. as a Superintendent. To date, he has paid $17,190.92 towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Calautti's term of supervision to expire as scheduled on November 25, 2013.

Respectfully submitted,

By: Beth L. Neugass
Supervising U.S. Probation Officer
Date: October 9, 2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Concur with the recommendation of the U.S. Probation Office. Case to expire on November 25, 2013.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer